■ In the Matter of DAVION A. and Others, Children Alleged to be Neglected. MARCEL A., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [889 NYS2d 570]—

The finding of neglect was supported by a preponderance of the evidence showing that respondent inflicted excessive corporal punishment on one of the children (see Matter of Devante S., 51 AD3d 482 [2008]) and engaged in acts of domestic violence against the children's mother in their presence (see Matter of Elijah C., 49 AD3d 340 [2008]), which impaired or created an imminent danger of impairing their physical, emotional or mental well-being. No basis exists for disturbing the court's findings of fact and assessment of credibility, which

are supported by the record (*see Matter of Fernando S.*, 63 AD3d 610 [2009]). Concur—Tom, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.